AO 442  (Rev. 11/11)  Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT

for the
District of Arizona

FILED          LODGED
RECEIVED    COPY

MAR 2 6 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
| v. | ) | Case No.   CR-19-50044-001-PHX-DLR |
| | ) | |
| | ) | |
| | ) | |
| Blaine Cooper | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*    Blaine Cooper                                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

    18:3583:  Violation of Supervised Release

Date:       March 19, 2019                          _____
                                                                          *Issuing officer's signature*

City and state:  Phoenix, Arizona                   Michele Morgan, Deputy Clerk
                                                                          *Printed name and title*

| **Return** |
| --- |
| This warrant was received on *(date)* _3-19-19_ , and the person was arrested on *(date)* _3-22-19_ at *(city and state)* _Flagstaff, AZ_ .<br><br>Date: _3-25-19_                          _____<br>                                                                          *Arresting officer's signature*<br><br>                                          _USMS_<br>                                                                          *Printed name and title* |

RCVD MAR 20 '19 AM8:06
US MARSHAL SERVICE, AZ