# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Blaine Cooper,<br>USMS # 24411-081<br><br>　　　　Defendant. | No. CR-19-50044-PHX-DLR<br><br>**ORDER** |

　　　　A petition for revocation of supervised release was filed and the Defendant admitted violating Allegation A of the petition (a violation of Standard Condition #4 of Supervised Release). The Court found that the Defendant violated the terms and conditions of supervised release. The Court has considered the U.S. Sentencing Commission Chapter 7 policy statements as well as the original guideline range and 18 U.S.C. §3553 and finds as follows:

　　　　**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is revoked.

　　　　**IT IS ORDERED** committing defendant to the custody of the Bureau of Prisons for a term of **TIME SERVED**.

　　　　**IT IS FURTHER ORDERED** upon release from the Bureau of Prisons, the defendant shall be placed on Supervised Release for a term of **TWENTY-TWO (22) MONTHS**, this term shall be served concurrently to defendant's term of imprisonment imposed in **CR-18-50143-PHX-DLR**.

While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervision adopted by this Court in General Order 17-18. Of particular importance, the defendant shall not commit another federal, state, or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances. Within 72 hours of release from the custody of the Bureau of Prisons the defendant shall report in person to the Probation Office in the district to which the defendant is released. The defendant shall comply with the following additional conditions:

1. You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

2. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

3. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

5. You must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

6. To the extent the probation officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved program for domestic violence.

7. You must not contact the following victim(s), Tiffany Bassett, and the probation officer

will verify compliance.

8. Except for the purpose of traveling on public roads, you must not enter onto any federal lands managed by the U.S. Bureau of Land Management, the U.S. Fish and Wildlife Service, the National Park Service, or the U.S. Forest Service without prior approval of the probation officer.

9. You must not occupy, reside on, or camp in any federal land without prior approval of the probation officer.

10. You shall have no contact, directly or indirectly, associate with, or knowingly be within 500 feet of any co-conspirators' residence, business, or place of employment with any co-conspirators. Furthermore, if confronted by any co-conspirators in a public place, you shall immediately remove himself/herself from the area.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the Petition to Revoke on motion of the government.

**IT IS FURTHER ORDERED** affirming all prior orders concerning fine, restitution, and special assessment.

Defendant is advised of the right to appeal within 14 days.

Dated this 28th day of May, 2019.

Douglas L. Rayes
United States District Judge