(Rev. 4/18)

```
         FILED      ____ LODGED
   ____ RECEIVED    ____ COPY

         JUL - 8 2019

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

# UNITED STATES PROBATION
# DISTRICT OF ARIZONA

## NOTICE OF RELATED CASES

**Defendant: Blaine Cooper**

**Docket No: <u>CR-18-50143-001-PHX-DLR</u>**
**Docket No: <u>CR-19-50044-001-PHX-DLR</u>**

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

Petitions to revoke the above named offender's supervision have been filed. These related petitions, filed in Docket CR-18-50143-001-PHX-DLR and Docket CR-19-50044-001-PHX-DLR, are both assigned to the Honorable Douglas L. Rayes.

*Leslie Cooper* (signature)

_____          6/24/2019
Leslie Q. Cooper                   Date
Senior U.S. Probation Officer
Leslie_Cooper@azd.uscourts.gov

COURT/ CLERK'S OFFICE/ FILE