IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Blaine Cooper,<br>USMS # 24411-081<br><br>　　　　　　　Defendant. | No. CR-19-50044-PHX-DLR<br><br>**ORDER** |

A petition for revocation of supervised release was filed and the Defendant admitted violating Allegation A of the petition (a violation of Standard Condition #3 of Supervised Release). The Court found that the Defendant violated the terms and conditions of supervised release. The Court has considered the U.S. Sentencing Commission Chapter 7 policy statements as well as the original guideline range and 18 U.S.C. §3553 and finds as follows:

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is revoked.

**IT IS ORDERED** committing defendant to the custody of the Bureau of Prisons for a term of **FIFTEEN (15) MONTHS** to be served concurrently with defendant's sentence imposed in CR-18-50143-PHX-DLR. The Court recommends that the defendant be placed in an institution in or near Illinois. No term of Supervised Release to follow.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the Petition to Revoke on motion of the government.

**IT IS FURTHER ORDERED** affirming all prior orders concerning fine, restitution, and special assessment.

Defendant is advised of the right to appeal within 14 days.

Dated this 7th day of October, 2019.

_____
Douglas L. Rayes
United States District Judge